APR 28 2026 PM4:31
FILED - USDC - FLMD - TPA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.

JUSTIN BARRILLEAUX

CASE NO. 8:26-CR-161-WFJ-AEP
21 U.S.C. § 841(a)(1)
Distribution of a Controlled
Controlled Substance

### INDICTMENT



The Grand Jury charges:

### COUNT ONE
**Distribution of a Controlled Substance**

On or about January 13, 2025, in the Middle District of Florida, and

elsewhere, the defendant,

JUSTIN BARRILLEAUX,

did knowingly and intentionally distribute or possess with intent to distribute a

controlled substance. The violation involved 50 grams or more of

methamphetamine, a Schedule II controlled substance.

In violation of 21 U.S.C. § 841(a)(1) and 841(b)(1)(A).

### FORFEITURE

1.      The allegations contained in Count One are incorporated by

reference for the purpose of alleging forfeiture pursuant to the provisions of 21

U.S.C. § 853.

2.     Upon conviction of a violation of 21 U.S.C. § 841(a)(1), the defendant shall forfeit to the United States, pursuant to 21 U.S.C. §§ 853(a)(1) and (2), any property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of such violation, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

3.     If any of the property described above, as a result of any acts or omissions of the defendant:

     a.    cannot be located upon the exercise of due diligence;

     b.    has been transferred or sold to, or deposited with, a third party;

     c.    has been placed beyond the jurisdiction of the Court;

     d.    has been substantially diminished in value; or

     e.    has been commingled with other property, which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

A TRUE BILL,

Foreperson _____

GREGORY W. KEHOE
United States Attorney

By: _____
Brooke M. Padgett
Assistant United States Attorney

By: _____
FOR: Diego F. Novaes
Assistant United States Attorney
Deputy Chief, Violent Crimes and
Racketeering Section

3

FORM OBD-34

April 26

No.

# UNITED STATES DISTRICT COURT
Middle District of Florida
Tampa Division

## THE UNITED STATES OF AMERICA

vs.

## JUSTIN BARRILLEAUX

### INDICTMENT

Violations: 21 U.S.C. § 841(a)(1)

A true bill,

_____
Foreperson

Filed in open court this 28th day

of April, 2026.

_____
Clerk

Bail $_____

GPO 863 525